**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOHN WOODS,** ) | **CASE NO. 1:05CV1054** |
| ) | |
| **PETITIONER,** ) | |
| ) | |
| v. ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **MARGARET BRADSHAW,** ) | |
| **WARDEN,** ) | |
| ) | |
| **RESPONDENT.** ) | **ORDER** |
| ) | |

Petitioner filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on April 26, 2005. (Dkt. # 1). On June 20, 2005, this case was referred to Magistrate Judge Patricia A. Hemann for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and LR 72.1. (Dkt. # 4). On May 23, 2006, the Magistrate Judge recommended that the petition be denied as untimely. (Dkt. # 16). On June 12, 2006, Petitioner filed objections to this recommendation. (Dkt. # 18).

The Court has reviewed the report and recommendation of the Magistrate Judge, *de novo*. The Court finds that the report and recommendation is well-supported and that Petitioner's objections are without merit.

Thus, in accordance with the Magistrate Judge's recommendation, this Court finds Petitioner's habeas petition (Dkt. # 1) time barred under the Antiterrorism and Effective Death Penalty Act of 1996's ("AEDPA") one-year period of limitations. Therefore, the

Magistrate's report and recommendation (Dkt. # 16) is **ADOPTED**.

Accordingly, Petitioner's Writ of Habeas Corpus is **DENIED.**  Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus - June 14, 2006**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**